UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFONSO TIJERINA,<br><br>         Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>et al.,<br><br>         Respondents. | CASE NO. CV 12-10805-DOC (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

   DATED:    March 5, 2013   .

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Tijerina Order.wpd