UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALFONSO TIJERINA, | ) | CASE NO. CV 12-10805-DOC (PJW) |
|               Petitioner, | ) ) ) | J U D G M E N T |
|      v. | ) ) | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
|               Respondents. | ) ) ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     March 5, 2013    .

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Tijerina Judgment.wpd